

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

KIEL PATRICK JAMES LLC,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:16-cv-08062

**FILED**

NOV 1 0 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## THIRD PARTY CITATION TO DISCOVER ASSETS

TO:

AMAZON PAYMENTS, INC.
c/o ILLINOIS CORPORATION SERVICE CO.
801 ADLAI STEVENSON DRIVE
SPRINGFIELD, IL 62703

YOU ARE COMMANDED to appear before the Honorable Judge Sara L. Ellis in Courtroom Room 1403 at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, on November 17, 2016 at 1:45 p.m. to be examined under oath concerning the property or income of, or indebtedness due the judgment creditor, KIEL PATRICK JAMES LLC,

Default Judgment was entered in favor of the Plaintiff and against each Defendant set forth below in the amount of $2,000,000. (ECF No. 34, attached). The sum of $2,000,000 remains unsatisfied as to each Defendant. The Defendants are identified as follows:

| Store Name | Seller ID |
|---|---|
| Vinstore | a16i48usfagl4j |
| J&J gift shop | a19jf47gcjtvfh |
| | |
| Nackiy | a1h4b2ghbarx98 |
| DDLBiz | a2m7wrjez2w867 |
| Doitory | a2gy91zrt4ignx |
| Golastartery | a2t04j676gg012 |

| | |
|---|---|
| MEALGUET JEWELLERY | a2wkbu1yctlges |
| sweet sunny | a1kx92j1m63ydn |
| Flongo Fashion | a2w2ugqvygc833 |
| summer store | a1e5auw7g4e53z |
| Imixlot | a2myaiz4tkfbpi |

YOU ARE COMMANDED to produce all documents requested below including, but not limited to, any and all books, papers or records in your possession or control which may contain information concerning the payment processing accounts, property or income of, or indebtedness of the Defendants.

**REQUESTED DOCUMENTS:** Documents that identify any accounts used by the Defendants.

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which it may be entitled or which may be acquired by or become due to it and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to it, until the further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of judgment.

**YOUR FAILURE TO COMPLY WITH THIS CITATION MAY SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT OR TO A JUDGMENT FOR THE AMOUNT UNPAID.**

_____
**Date**

_____
**Deputy Clerk of the Court**

_____
**Clerk of the Court**