IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIEL PATRICK JAMES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE "A",<br><br>    Defendants. | Case No.: 1:16-cv-08062<br><br>**FILED**<br><br>NOV 1 0 2016<br><br>THOMAS G. BRUTON<br>CLERK, U.S. DISTRICT COURT |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on November 10, 2016, Plaintiff, by its counsel, filed with the Clerk of the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, Plaintiff's Third Party Citation to Discover Assets, a copy of which is attached hereto and herewith served upon you.

DATED: November 10, 2016

Respectfully submitted,

/s/ Keith A. Vogt
Keith A. Vogt, Esq. (Bar No. 6207971)
1033 South Blvd., Suite 200
Oak Park, Illinois 60302
Telephone: 708-203-4787
E-mail: keith@vogtip.com

Perry J. Hoffman, Esq. (Bar No. 6211115)
Perry Hoffman & Associates P.C.
2100 Sanders Road, Suite 200
Northbrook, Illinois 60062
Telephone: 847-809-4285
E-mail: perry@WeDoIP.com

*ATTORNEYS FOR PLAINTIFF*

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2016, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website to which the Defendant Domain Names that have been transferred to KJP's control now redirect, and I will send an e-mail to the e-mail addresses identified in Exhibits 2 and 3 to the Declaration of Jeremy Savage and any e-mail addresses provided for Defendants by third parties that includes a link to said website.

And to:

| | |
|---|---|
| AMAZON PAYMENTS, INC.<br>c/o ILLINOIS CORPORATION SERVICE CO.<br>801 ADLAI STEVENSON DRIVE<br>SPRINGFIELD, IL 62703 | AMAZON PAYMENTS, INC.<br>c/o Vanessa Soriano Power \| Partner<br>STOEL RIVES LLP \| 600 University Street, Suite 3600 \| Seattle, WA 98101-4109<br>Sent via E-Mail |

/s/ Keith A. Vogt
Keith A. Vogt, Esq.
(Bar No. 6207971)
1033 South Blvd, Suite 200
Oak Park, IL 60302
Telephone: 708.203.4787
E-mail: keith@vogtip.com